**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Central Kentucky Grain LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0944115** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PO Box 420**<br>**Huntingburg, IN 47542**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Dubois**<br>County | **Location of principal assets, if different from principal place of business**<br>**38 Ed Cecil Road Raywick, KY 40060**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://ckygrain.com/grain-bids/**

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Central Kentucky Grain LLC**
_____

Case number (*if known*) _____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___1111___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Central Kentucky Grain LLC**
Name

Case number (*if known*)

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Central Kentucky Grain LLC**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Central Kentucky Grain LLC** | Case number (*if known*) |
|--------|-------------------------------|--------------------------|
|        | Name                          |                          |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 18, 2023**
MM / DD / YYYY

*X* **/s/ Richard Lloyd**                          **Richard Lloyd**
Signature of authorized representative of debtor          Printed name

Title    **Secretary**

**18. Signature of attorney**

*X* **/s/ James R. Irving**                   Date **October 18, 2023**
Signature of attorney for debtor                   MM / DD / YYYY

**James R. Irving 96048**
Printed name

**Dentons Bingham Greenebaum**
Firm name

**3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone    **(502) 587-3606**          Email address    **James.Irving@dentons.com**

**96048 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Central Kentucky Grain LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 18, 2023**        X /s/ Richard Lloyd
                                         Signature of individual signing on behalf of debtor

                                         **Richard Lloyd**
                                         Printed name

                                         **Secretary**
                                         Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Central Kentucky Grain LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF KENTUCKY</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................ $    **619,568.20**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................... $    **1,795,967.71**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................ $    **2,415,535.91**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **5,906,256.42**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$    **46,800.00**

4. **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b      $    **5,953,056.42**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name   **Central Kentucky Grain LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wilson & Muir Bank & Trust** | **Checking** | **0588** | **$100,000.00** |
| 3.2. | **CoBank** | **Checking** | **3600** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$100,000.00** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | **Central Kentucky Grain LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 8,254.00 | - | 0.00 | = .... | $8,254.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $8,254.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** **Grain Inventory** | $0.00 | Book Value | $22,872.00 |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **2 Pits, 2 leg Conveyors** | $8,848.08 | Book Value | $8,848.08 |
| | **Bagger** | $24,342.86 | Book Value | $24,342.86 |
| | **Completion of Elevator (724,562.19 & 154,608.07)** | $879,170.26 | Book Value | $879,170.26 |
| | **Grainery** | $415,989.17 | Book Value | $415,989.17 |
| | **Grainery Additions (6x)** **$26,647.68** **$20,887.20** **$20,217.44** **$19,686.15** **$4,365.05** **$29,884.30** | $121,687.82 | Book Value | $121,687.82 |

Debtor    **Central Kentucky Grain LLC**                                        Case number *(If known)* _____
          Name

| Grain Bin (3x) | $1,315.46 | Book Value | $1,315.46 |
|---|---|---|---|
| Bin #6 (Bickerts Inc.) | $28,040.29 | Book Value | $28,040.29 |
| 84x13 Swing Away Auger | $8,904.75 | Book Value | $8,904.75 |
| Scale Display/Lights | $866.21 | Book Value | $866.21 |
| 114x13 Swing Away Auger | $13,195.25 | Book Value | $13,195.25 |
| Grain Analysis Computer | $1,294.50 | Book Value | $1,294.50 |
| 73x10 Swing Away Auger | $6,059.71 | Book Value | $6,059.71 |
| Scale Equipment | $1,967.12 | Book Value | $1,967.12 |
| 1466 International Tractor | $0.00 | Book Value | $0.00 |
| Grain Bins and Jacks | $117,194.37 | Book Value | $117,194.37 |
| 2 Elevator Legs (Reding Farms) | $4,047.62 | Book Value | $4,047.62 |
| 2 Overhea Bins and 36' 25000 Bushels | $8,092.25 | Book Value | $8,092.25 |
| Motor | $469.06 | Book Value | $469.06 |
| Swing Lager Parts | $790.91 | Book Value | $790.91 |
| Portable Conveyor Belt | $1,607.15 | Book Value | $1,607.15 |
| Grain Bin | $20,958.87 | Book Value | $20,958.87 |

31.    **Farm and fishing supplies, chemicals, and feed**

32.    **Other farming and fishing-related property not already listed in Part 6**
       **Avery Weigh Tronix Scales Model #**
       **BMS7011-106T J75 Serial #151108070**                $0.00    Book Value    $0.00

33.    **Total of Part 6.**                                                    | $1,687,713.71 |
       Add lines 28 through 32.  Copy the total to line 85.                    |---|

34.    **Is the debtor a member of an agricultural cooperative?**
       ☑ No
       ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No

Debtor    **Central Kentucky Grain LLC**                          Case number *(If known)* _____
Name

☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Computer and Printer | $0.00 | Book Value | $0.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                          | $0.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Central Kentucky Grain LLC**
          Name
                                                          Case number *(If known)*

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **5 Acres as depicted on the Amended Final Plat for Marion County Industrial Foundation, Inc., Lot 1** | | $133,446.00 | Cost | $133,446.00 |
| 55.2. **Scale House 288sqft & Scale** | | $18,071.42 | Cost | $18,071.42 |
| 55.3. **101 Bourbon Drive** | | $0.00 | Cost | $400,000.00 |
| 55.4. **0 Bourbon Drive** | | $0.00 | Cost | $44,500.00 |
| 55.5. **Office 720sq** | | $20,995.00 | Cost | $20,995.00 |
| 55.6. **Concrete 500.00;880.89;1174.81** | | $2,555.78 | Cost | $2,555.78 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $619,568.20 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    **Central Kentucky Grain LLC**                                    Case number *(If known)* _____
             Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Central Kentucky Grain LLC**                                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,254.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,687,713.71 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................> | | $619,568.20 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,795,967.71 | + 91b. $619,568.20 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,415,535.91 |

**Fill in this information to identify the case:**

Debtor name    **Central Kentucky Grain LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Central Kentucky Agricultural Credit Ass**<br>Creditor's Name<br><br>**640 South Broadway**<br>**Lexington, KY 40508**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**5 Acres as depicted on the Amended Final Plat for Marion County Industrial Foundation, Inc., Lot 1**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $608,270.00 | $133,446.00 |
| **2.2** **CoBank, ACB**<br>Creditor's Name<br><br>**PO Box 5110**<br>**Denver, CO 80217-5100**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**June 13, 2023**<br>**Last 4 digits of account number**<br>**S01E**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Amended and Restated Revolving Credit Promissory Note dated January 12, 2022 account No. S01-D**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $4,193,460.10 | $0.00 |

| Debtor | **Central Kentucky Grain LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Farm Credit Leasing Services Corporation** | Describe debtor's property that is subject to a lien | $1,104,526.32 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 GSI 60x11 Ring (44") Grain Elevator and Handling Equipment & 5 acres Mortgage** | | |

**1665 Utica Ave S. Suite 400
Minneapolis, MN 55416**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,906,256.42 |
|---|---|---|

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **Central Kentucky Grain LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Berry Farms** <br> **2075 Goodin Williams Road** <br> **Hodgenville, KY 42748** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notification Purposes Only** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Boone Farms Trucking** <br> **357 West Main Connector** <br> **Hodgenville, KY 42748** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notification Purposes Only** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Central Kentucky Excavation** <br> **38 Ed Cecil Road** <br> **Raywick, KY 40060** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notification Purposes Only** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CoBank, ACB** <br> **PO Box 5110** <br> **Denver, CO 80217-5100** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Notification Purposes Only** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Central Kentucky Grain LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,000.00 |
|---|---|---|---|

**Cowherd Equipment, Inc.**
**1483 Old Summersville Road**
**Campbellsville, KY 42718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Farm Credit Leasing Services Corporation**
**1665 Utica Ave S. Suite 400**
**Minneapolis, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notification Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notification Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kentucky Department of Revenue**
**Legal Branch - Bankruptcy Section**
**PO Box 5222**
**Frankfort, KY 40602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notification Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kentucky General Attorney Office**
**7000 Capital Avenue Suite 118**
**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notification Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Thomas**
**266 Phillip Stucker Road**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notification Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Thomas**
**26 P Stucker Road**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notification Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Central Kentucky Grain LLC**    Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $2,800.00 |

**Matt Chapman Appraisals LLC**
**3813 Poplar Level Road**
**Louisville, KY 40213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 46,800.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 46,800.00 |

**Fill in this information to identify the case:**

Debtor name **Central Kentucky Grain LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement executed on January 10, 2020** |
| State the term remaining | |
| List the contract number of any government contract | **Boone Farms Property, LLC**<br>**657 West Main Connector**<br>**IN 47248** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Facility Lease Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **CoBank, ACB**<br>**PO Box 5110**<br>**Denver, CO 80217-5100** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Option to Lease** |
| State the term remaining | **26years** |
| List the contract number of any government contract | **Farm Credit Leasing Services Corporation**<br>**1665 Utica Ave S. Suite 400**<br>**Minneapolis, MN 55416** |

**Fill in this information to identify the case:**

Debtor name __**Central Kentucky Grain LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Lori Lea Boone** | **38 Ed Cecil Road Raywick, KY 40060** | **CoBank, ACB** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Mark Anthony Boone** | **38 Ed Cecil Road Raywick, KY 40060** | **CoBank, ACB** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Superior Ag Resources Cooperative, Inc.** | **PO Box 420 Huntingburg, IN 47542** | **CoBank, ACB** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Central Kentucky Grain LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$13,360,781.00** |
| **For the fiscal year:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$7,250,846.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Central Kentucky Excavating**<br>**38 Ed Cecil Road**<br>**Raywick, KY 40060** | | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Central Kentucky Grain LLC**                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Farm Credit Leasing Services Corporation** 1665 Utica Ave S. Suite 400 Minneapolis, MN 55416 | | $43,996.52 | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Berry Farms** 2075 Goodin Williams Road Hodgenville, KY 42748 | | $191,520.01 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Purchase of Grain** |
| 3.4. **Larry Thomas** 266 Phillip Stucker Road Elizabethtown, KY 42701 | | $35,623.22 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Purchase of Grain** |
| 3.5. **CoBank, ACB** PO Box 5110 Denver, CO 80217-5100 | | $82,545.05 | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Mark Thomas** 26 P Stucker Road Elizabethtown, KY 42701 | | $35,600.77 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Purchase of Grain** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    **Central Kentucky Grain LLC**                                  Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Daniel Hamilton**  **Son of the Boones** | **5/25/2023 6/2/2023 6/8/2023 6/15/2023 6/22/2023 6/29/2023 7/6/2023 7/13/2023 7/20/2023 7/28/2023 8/4/2023 8/10/2023 8/21/2023 8/24/2023 8/31/2023 9/7/2023 9/14/2023 9/21/2023 9/28/2023 10/5/2023 10/12/2023 12/29/2022** | **$31,227.75** | **Payroll** |
| 4.2.  **Boone Farms Property, LLC 657 West Main Connector IN 47248** | **11/3/2022 11/30/2022 1/4/2023 2/1/2023 3/29/2023 4/26/2023 5/26/2023 7/6/2023 8/3/2023** | **$21,000.00** | |

Debtor   **Central Kentucky Grain LLC**                                      Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.   **Boone Farms Trucking** **357 West Main Connector** **Hodgenville, KY 42748** | **10/17/2022** **10/25/2022** **10/31/2022** **11/8/2022** **11/15/2022** **11/28/2022** **12/5/2022** **12/13/2022** **12/19/2022** **12/27/2022** **1/4/2023** **1/9/2023** **1/19/2023** **1/24/2023** **1/30/2023** **2/8/2023** **2/14/2023** **2/21/2023** **2/28/2023** **3/6/2023** **3/14/2023** **3/21/2023** **3/28/2023** **4/4/2023** **4/12/2023** **4/17/2023** **4/25/2023** **4/29/2023** **5/8/2023** **5/16/2023** **5/23/2023** **6/1/2023** **6/5/2023** **6/13/2023** **6/19/2023** **6/27/2023** **7/6/2023** **7/12/2023** **7/17/2023** **7/27/2023** **8/9/2023** **9/19/2023** | **$277,600.83** | |

Debtor    **Central Kentucky Grain LLC**                                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.   **Mark Boone**<br>**38 Ed Cecil Road**<br>**Raywick, KY 40060** | **12/2/2022**<br>**12/8/2022**<br>**12/15/2022**<br>**12/22/2022**<br>**12/29/2022**<br>**1/5/2023**<br>**1/12/2023**<br>**1/20/2023**<br>**1/26/2023**<br>**2/2/2023**<br>**2/13/2023**<br>**2/16/2023**<br>**2/23/2023**<br>**3/2/2023**<br>**3/9/2023**<br>**3/16/2023**<br>**3/23/2023**<br>**3/30/2023**<br>**4/6/2023**<br>**4/13/2023**<br>**4/20/2023**<br>**4/27/2023**<br>**5/4/2023**<br>**5/11/2023**<br>**5/18/2023**<br>**5/25/2023**<br>**6/2/2023**<br>**6/8/2023**<br>**6/15/2023**<br>**6/22/2023**<br>**6/29/2023**<br>**7/6/2023**<br>**7/13/2023**<br>**7/20/2023**<br>**7/28/2023**<br>**8/4/2023**<br>**8/10/2023**<br>**8/21/2023**<br>**8/24/2023**<br>**8/31/2023**<br>**9/7/2023**<br>**9/14/2023**<br>**9/21/2023**<br>**9/28/2023**<br>**10/5/2023**<br>**10/12/2023** | **$52,000.00** | **Payroll** |

Debtor    **Central Kentucky Grain LLC**                                      Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5.  **Lori Lea Boone**<br>**38 Ed Cecil Road**<br>**Raywick, KY 40060** | **12/22/2022**<br>**12/29/2022**<br>**1/5/2023**<br>**1/12/2023**<br>**1/20/2023**<br>**1/26/2023**<br>**2/2/2023**<br>**2/13/2023**<br>**2/16/2023**<br>**2/23/2023**<br>**3/2/2023**<br>**3/9/2023**<br>**3/16/2023**<br>**3/23/2023**<br>**3/30/2023**<br>**4/6/2023**<br>**4/13/2023**<br>**4/20/2023**<br>**4/27/2023**<br>**5/4/2023**<br>**5/11/2023**<br>**5/18/2023**<br>**5/25/2023**<br>**6/2/2023**<br>**6/8/2023**<br>**6/15/2023**<br>**6/22/2023**<br>**6/29/2023**<br>**7/6/2023**<br>**7/13/2023**<br>**7/20/2023**<br>**7/28/2023**<br>**8/4/2023**<br>**8/10/2023**<br>**8/21/2023**<br>**8/24/2023**<br>**8/31/2023**<br>**9/7/2023**<br>**9/14/2023**<br>**9/21/2023**<br>**9/28/2023**<br>**10/5/2023**<br>**10/12/2023** | **$48,355.84** | **Payroll** |

Debtor   **Central Kentucky Grain LLC** _____    Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6.   **Superior Ag Resources Cooperative,<br>Inc.<br>PO Box 420<br>Huntingburg, IN 47542** | 10/29/2022<br>11/3/2022<br>11/8/2022<br>11/29/2022<br>11/30/2022<br>11/30/2022<br>12/2/2022<br>12/29/2022<br>1/4/2023<br>1/19/2023<br>1/19/2023<br>2/1/2023<br>2/8/2023<br>2/8/2023<br>2/16/2023<br>3/9/2023<br>3/15/2023<br>3/21/2023<br>3/29/2023<br>4/26/2023<br>4/27/2023<br>5/17/2023<br>5/17/2023<br>5/26/2023<br>6/1/2023<br>6/19/2023<br>6/27/2023<br>7/6/2023<br>7/18/2023<br>8/3/2023<br>8/4/2023<br>9/19/2023<br>9/25/2023<br>10/11/2023<br>1/4/2023 | **$685,872.91** | |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Central Kentucky Grain LLC**_____     Case number *(if known)* _____

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor    **Central Kentucky Grain LLC**                              Case number *(if known)*

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Central Kentucky Grain LLC**    Case number *(if known)*

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor    **Central Kentucky Grain LLC** _____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Blue and Co., LLC**<br>**813 West 2nd Street**<br>**Seymour, IN 47274** | |
| 26a.2.   **Superior Ag Resources Cooperative, Inc.**<br>**PO Box 420**<br>**Huntingburg, IN 47542** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Boone** | **38 Ed Cecil Road**<br>**Raywick, KY 40060** | **Member** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Superior Ag Resources**<br>**Cooperative, Inc.** | **901 North Main Street**<br>**Huntingburg, IN 47542** | **Member** | **49%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Central Kentucky Grain LLC**                                Case number *(if known)*

☐ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 18, 2023**

**/s/ Richard Lloyd**                                **Richard Lloyd**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☐ Yes

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Central Kentucky Grain LLC**

Case No. _____

Debtor(s)

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Central Kentucky Grain LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Superior Ag Resources Cooperative, Inc.**
**PO Box 420**
**Huntingburg, IN 47542**

☐ None [*Check if applicable*]

**October 18, 2023**

Date

**/s/ James R. Irving**

**James R. Irving 96048**

Signature of Attorney or Litigant

Counsel for   **Central Kentucky Grain LLC**

**Dentons Bingham Greenebaum**
**3500 PNC Tower**
**101 South Fifth Street**
**Louisville, KY 40202**
**(502) 587-3606 Fax:(502) 540-2215**
**James.Irving@dentons.com**

# SPECIAL RESOLUTIONS
## A MANAGER OF CENTRAL KENTUCKY GRAIN, LLC

Dated: October 13, 2023

Certain of the managers of Central Kentucky Grain LLC, a Kentucky limited liability company ("CKG") adopted the following resolutions:

RESOLVED, that CKG will file a voluntary petition under Chapter 7 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), if and when deemed appropriate, to commence such case in the United States Bankruptcy Court for the Western District of Kentucky, and to execute all documents as may be necessary in connection therewith.

FURTHER RESOLVED, that Richard Lloyd, the secretary of CKG, shall be, and hereby is, without the joinder of each other or of any other officer or representative of CKG and without any attestation required, the authorized representative of CKG with authority to execute and deliver in CKG's name and on its behalf any and all documents which are, in its opinion, necessary or desirable to take in connection with the foregoing resolution and/or preparation and/or commencement and/or administration of any Chapter 7 proceeding of CKG.

FURTHER RESOLVED, that CKG shall (a) indemnify and hold harmless Mr. Lloyd and the Managers signing below, in their capacity as set forth herein, from and against any and all claims, suits, or demands related to the Chapter 7 proceeding, and (b) advance any costs and/or fees associated with the defense and/or prosecution of any and all, claims, suits or demands against him whether in his capacity as an officer, agent, or representative of CKG or otherwise.

FURTHER RESOLVED, that CKG hereby engages Dentons Bingham Greenebaum LLP ("Dentons") as its counsel to commence the Chapter 7 proceeding. CKG recognizes that Dentons also represents Superior Ag Resources Cooperative, Inc., and waives any applicable conflicts and agrees to this representation.

1

The undersigned hereby certifies the foregoing resolutions were duly adopted by certain of the managers of Central Kentucky Grain, LLC on the date first set forth above.

By: _____

Ed Horrall, in his capacity as a Manager of Central Kentucky Grain, LLC

By: _____

Dale Downey, in his capacity as a Manager of Central Kentucky Grain, LLC

By: _____

Mark Boone, in his capacity as a Manager of Central Kentucky Grain, LLC

By: _____

Lori Boone, in his capacity as a Manager of Central Kentucky Grain, LLC

2

## United States Bankruptcy Court
### Western District of Kentucky

In re    **Central Kentucky Grain LLC**

Case No. _____

Debtor(s)

Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 18, 2023**                    **/s/ Richard Lloyd**

**Richard Lloyd**/**Secretary**
Signer/Title

Berry Farms
2075 Goodin Williams Road
Hodgenville, KY 42748

Boone Farms Property, LLC
657 West Main Connector
IN 47248

Boone Farms Trucking
357 West Main Connector
Hodgenville, KY 42748

Central Kentucky Agricultural Credit Ass
640 South Broadway
Lexington, KY 40508

Central Kentucky Excavation
38 Ed Cecil Road
Raywick, KY 40060

CoBank, ACB
PO Box 5110
Denver, CO 80217-5100

Cowherd Equipment, Inc.
1483 Old Summersville Road
Campbellsville, KY 42718

Farm Credit Leasing Services Corporation
1665 Utica Ave S. Suite 400
Minneapolis, MN 55416

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
PO Box 5222
Frankfort, KY 40602

Kentucky General Attorney Office
7000 Capital Avenue Suite 118
Frankfort, KY 40601

Larry Thomas
266 Phillip Stucker Road
Elizabethtown, KY 42701

Lori Lea Boone
38 Ed Cecil Road
Raywick, KY 40060

```
Mark Anthony Boone
38 Ed Cecil Road
Raywick, KY 40060

Mark Thomas
26 P Stucker Road
Elizabethtown, KY 42701

Matt Chapman Appraisals LLC
3813 Poplar Level Road
Louisville, KY 40213

Superior Ag Resources Cooperative, Inc.
PO Box 420
Huntingburg, IN 47542
```