## Trustee's Preferred Methodology For Document Turnover

| Trustee | Preferred Method for Turnover | Trustee's Contact Information |
|---|---|---|
| **Louisville** | | |
| William Stephen Reisz | Electronic documents via email | TrusteeReisz@gmail.com |
| Michael E. Wheatley | Electronic documents via email; Paper documents or documents on CD/DVD via mail; NO FAXES | PO Box 1072, Prospect, KY 40059 502–744–6484 mwheatleytr@gmail.com |
| Robert W. Keats | Paper documents; electronic documents via email; NO FAXES | PO Box 221377 Louisville, KY 40252–1377; 502–587–8787; rkeats@bellsouth.net |
| William W. Lawrence | Electronic documents via email only | wlch7ecf@gmail.com |
| **Paducah** | | |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |
| **Bowling Green** | | |
| Jerry A. Burns | Via DocLink / Via email, by Adobe Acrobat & Bookmarked | www.doclink.bms7.com burnstrustee@bellsouth.net |
| Mark H. Flener | Via DocLink | www.doclink.bms7.com |
| **Owensboro** | | |
| Mark H. Flener | Via DocLink | www.doclink.bms7.com |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |