## E<span>XHIBIT</span> A

**(Email Accepting Service of Subpoenas)**

**Irving, James R.**

| | |
|---|---|
| **From:** | Michael McCain <mmccain@msrmlaw.com> |
| **Sent:** | Thursday, December 21, 2023 5:36 AM |
| **To:** | Irving, James R. |
| **Cc:** | Young, Gina M.; Brown, Ashley |
| **Subject:** | Re: In re Central Kentucky Grain, LLC |

**[WARNING: EXTERNAL SENDER]**

Jim,
I will accept service on their behalf.

Thanks,

*Michael W. McCain, Jr.*
Mattingly, Simms, Robinson & McCain, PLLC
108 West Main Street
Springfield, KY 40069
Phone:  (859) 336-3901
Fax:  (859) 336-3926
Mobile: (859) 805-0116
Email: mmccain@msrmlaw.com
Web:  www.springfieldkylaw.com

NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain, or disseminate this message or any attachment. If you have received this message in error, please call the sender immediately at (859) 336-3901 and delete all copies of the message and any attachment. Neither the transmission of this or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

On Dec 20, 2023, at 11:05 PM, Irving, James R. <james.irving@dentons.com> wrote:

Michael:
     I hope that you are well.  Superior Ag is seeking information in connection with the In re Central Kentucky Grain, LLC bankruptcy case.  To that extent we are seeking to serve the attached subpoenas upon Mr. Boone, Mrs. Boone and Boone Farms Trucking.  Will you accept service on their behalf?
Best regards,
1.  Jim

James R. Irving
Louisville Office Managing Partner

+1 502 587 3606   |   +1 502 649 3199

1

james.irving@dentons.com   |   Bio   |   Website

Dentons Bingham Greenebaum LLP | 3500 PNC Tower, 101 South Fifth Street, Louisville, KY 40202

DENTONS

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

&lt;Central KY Grain - Boone Farms Trucking Subpoena - Exhibit 1.pdf&gt;
&lt;Central KY Grain - Mark Boone Subpoena - Exhibit 1.pdf&gt;
&lt;Central KY Grain - Lori Boone Subpoena - Exhibit 1.pdf&gt;
&lt;Central KY Grain - Boone Farms Trucking Subpoena.pdf&gt;
&lt;Central KY Grain - Lori Boone Subpoena.pdf&gt;
&lt;Central KY Grain - Mark Boone Subpoena.pdf&gt;