

**AUCTION PROPOSAL**



# 101 Bourbon Drive

# Lebanon, KY

**Prepared for:**
Wm. Steven Reisz,
Panel Trustee,
Central Kentucky Grain LLC U.S.
Bankruptcy Court, Western District of Kentucky
Louisville Division
Case No. 23-32460-crm

Edward Durnil, President
**TRANZON Asset Advisors**
1108A North Dixie Avenue
Elizabethtown, Ky 42701

**P:** 502-741-1331
**F:** 270-737-7695
**edurnil**@TRANZON.COM

Exhibit 1

**TRANZON.COM**

*NO OTHER REAL ESTATE MARKETING FIRM OFFERS TRANZON'S COMBINATION OF NATIONAL REACH AND ASSET EXPERTISE ~*

## WHY AUCTION REAL ESTATE?

Auctions have been successfully utilized to market and sell all manner of property over the course of hundreds of years. Tranzon's strategically developed auction sale promotional campaigns provide our clients the ability to craft the most advantageous terms of sale, control the timing that best meet their needs and reduces the liability exposure that ordinary brokerage inherently subjects the Seller to, sometimes carrying liability even after the closing. Our sales are contingency free, with the property selling in its "As-Is" condition, substantial non-refundable deposits are collected from the buyer and a closing virtually guaranteed to occur in 40 days or less.

Since its inception in the late 1990s as the first and most prominent nationwide accelerated marketing firm, the Tranzon partners have collectively established the best practices and most sophisticated technologies to lead the industry and benefit our clients in order to maximize the value of their significant real property assets. Our focus is, and has been, the sale of valuable, and many times challenging, real estate through auction, we are not marketing low value personal property one week, livestock the next and real estate the day after…we are laser focused on the process and maximization of value for commercial-industrial and investment real estate.

Many sectors of the American economy regularly utilize auctions, not as a sale of last resort, but rather as a primary sale preference. The U.S. Court system, financial services sector, US Stock Exchanges sell practically exclusively via auction due to the openness of the method and assurance that the marketplace will achieve its greatest value. It is also important to bear in mind that across the world the finest artwork, championship horses, most desired classic automobiles and the rarest collectables are marketed virtually only by auction. Why, *because auctions work* because <u>when buyers compete the Seller wins</u>, it is that simple. We look forward to demonstrating the power of the auction advantage for your assets in Central Kentucky.

## WHY TRANZON?

Tranzon has conducted tens of thousands of real estate auctions in all 50 states and overseas during our 30+ years in business. Our professionals are fully qualified, exceptionally trained and hold the highest degrees and certifications available to Auction and Real Estate Professionals. We are fully licensed Auctioneers and Real Estate Brokers who regularly undergo extensive training to stay abreast of the best available practices and advantages that keep our company on the cutting edge.

Our team has hundreds of years of cumulative auction and real estate experience across multiple asset classes – from single family residential to development land to some of the most complex asset sales such as permitted oil refineries, acute care hospitals, emerging development opportunities and million-plus square foot industrial facilities with environmental concerns. No other accelerated marketing team offers this level of geographic and asset type experience coupled with the sophistication to draw the best purchasers from across the nation to your property.



Exhibit 1

## ABOUT TRANZON

**The Nationwide Auction and Sales Solution for Your Real Estate Needs**

The success of Tranzon is built on the core competencies of regional market knowledge, asset education, and buyer negotiation awareness. We have diligently and consistently developed our local/regional/ national/international purchaser matrix, which provides coverage across all markets and asset classes. This strategic forward planning and execution provides Tranzon with a distinct advantage over other options.



## SALES STRATEGY TAILORED FOR SUCCESS

**Overall Strategy:** At Tranzon Asset Advisors our entire team is process driven, we are a high-contact, response focused real estate auction marketing firm that believes in order to attract the most motivated and capable cash buyers in any marketplace for our clients we must constantly strive to support those bidders in their buying activity. Tranzon buyer-liaisons are process driven and geared to maintain close communication throughout the marketing and auction process with both our clients, their counsel and the bidders. Our goal is to communicate regularly (at least five times per event) with every interested party to ensure they are well informed and prepared to bid on your assets.

**Asset Description:** The asset for which this proposal has been prepared consists of a 505,000 bushel grain storage facility situated on two parcels of land, consisting of a total of 6.78 acres in Lebanon, Marion County, Kentucky. The property includes 1,056 Sq Ft of office space, Six (6) Grain Storage Bins varying in size, a Weigh Scale, as well as unloading Pit, transfer Legs, and other grain conveying equipment.

Overall, we feel that the property will be a highly desirable prospect to a substantial regional and likely national owner-user or investment audience. Our goal is to garner significant interest from a wide variety of investors, business owners, farm co-operative operations, large farming operations and potentially nearby property owners.

Type of Auction: After internal discussions with our sales and marketing team, it is our recommendation that the property be sold in an online-only auction format and marketed as a "Bankruptcy Ordered Auction" or similar. Sale Procedures and final terms will be created with the trustee, debtor and broker/auctioneer in the Sale Order.  By marketing the property via a Bankruptcy Ordered Auction we will create the perception of a can't miss opportunity in the eyes of prospective purchasers, and forcing action by all interested parties. By taking the property to market at auction, it conveys to buyers a sense of urgency and seriousness on the part of the seller.

Furthermore, this method justifies the investment of bidder's time to come and tour the grounds and improvements and undertake the necessary due diligence that will assist in providing the level of comfort needed to bid and more importantly to bid their highest possible amounts. This sale strategy has proven highly successful in order to maximize both bidder participation and, ultimately, overall value and return to the Estate.



Exhibit 1

**Terms of Sale:** Tranzon will require all bidders to electronically sign and acknowledge the terms and conditions of the sale, provide confirmable proof of identity through a valid credit card, and also to tender an initial deposit before being authorized to bid. A ten percent (10%) buyer's premium will be added to the winning bidder(s) high bid in order to attain the total sale price. The winning bidder(s) will also electronically sign the non-contingent purchase and sale agreement binding their bid in writing and memorializing the sale for opening escrow.

Within 24 hours of the auction's conclusion, the winning bidder must tender, via wire transfer or certified check, a non-refundable earnest money deposit equal to ten percent (10%) of the total sale price. The deposit is held in trust by the title office to be credited against the buyer's purchase price at closing, or forfeited as liquidated damages if the transaction fails to close due to the buyer's inaction.

Further recommended terms of sale are that the closing(s) would be required to occur within ten (10) calendar days of the expiration of the appeals period following the entry of an order approving the sale/purchase. All 2024 real estate taxes should be a buyer's cost, any unpaid prior year taxes would be paid from the proceeds of sale, the only other cost to the seller would be deed preparation, obtaining a certified copy of the Order for filing with the deed and its own attorney fees, if any.

The buyer pays all other costs of closing and transfer, including title insurance, closing fees, recording and deed transfer tax (normally a seller's expense). The buyer would be responsible for the title insurance expenses at closing if they choose to purchase it. All property is sold in its "as-is and where-is" condition without warranty or guarantee. Other terms shall apply to the purchase agreement that specifically protects the owner of the property from future liability and insures an "As-Is" sale.

## MARKETING & ADVERTISING

**Property Specific Marketing Program:** Tranzon's proprietary *Market-Making System$^{SM}$* is designed on a per sale basis to expose your real estate effectively and efficiently to the largest buying base, in the shortest amount of time, with the most cost effective promotional campaign. In our opinion this properties demand:



- A comprehensive digital marketing campaign that includes email, website, SEO, social media, Google search enhancement and more in order to broadly reach targeted pools of buyers that should have interest in your assets.
- Focused use of third-party investor and broker databases.
- Key, but limited, use of newsprint marketing sources.
- Commercial Kentucky MLS system and Commercial Real Estate databases along with select agriculture based publications and websites.
- Premier listings through LoopNet, CoStar, Crexi and other national commercial database websites which highlight your assets to a vast marketplace across the nation and overseas.
- Strategically targeted marketing through social media outlets (LinkedIn, Facebook, X, etc.).
- Tranzon will also aggressively target qualified purchasers from our internal database of over 198,000 auction inquirers, purchasers, brokers, and past sellers from every state and across the globe.



Exhibit 1

- High-visibility signage will be placed on the property (as permissible and legally allowed) and at key intersections to draw further area interest and direct buyers to your real estate.
- Award winning, comprehensive due diligence packages – referred to as Property Information Packages (PIP) - that significantly help build buyer confidence and understanding of the assets and auction process. (We provided in previous materials an actual PIP from another commercial type of asset.)
- Email blasts to local, regional, and national investors, target owner/users, brokers and identified groups.
- Tranzon Asset Advisors is the sole market leader in real estate broker records. We have virtually every commercial real estate broker in KY, IN, OH, IL, TN, GA, MI, MS, AL, LA, TX, AR and MO already in our proprietary database of agents, which has required thousands of hours to compile, verify, and maintain. Tranzon is the only national firm with this wide-ranging database, and we will significantly employ it for the sale of your assets, at no added cost to you.

*Tranzon's experienced marketing team will designed an exclusive program aimed at locating and focusing on the appropriate target pool of buyers. Our goal is to find purchasers who have funds ready to deploy and understand the unique offering being presented. Our marketing campaigns are among the most cutting-edge and cost-effective in the industry.*

**A significant online marketing presence including:**
- Prominent featured listings and emails through PropertyLine, PropertyAuction.com, RedNews and more.
- Postings and featured listings on over 50 Tranzon partnered sites including Auctionzip.com, CCIM.org, AuctionLook.com, and many more that are auto populated through the aforementioned sites.
- Direct e-marketing to local, regional, and national brokers, developers, and investors.
- Boosted advertisements and postings to LoopNet, CoStar, Realtor.com and Kentucky commercial brokerage and farming/agriculture networks.
- Customized, psychographically targeted, boosted GoogleAds, Facebook, Twitter, Instagram, and LinkedIn posts to a "lookalike audience" that has been developed using buyer characteristics and interests from both external and internal databases.

**Comprehensive Broker, Owner/User, Developer Promotions:**
- Direct contact and face-to-face meetings with inquiring parties.
- Targeted e-mails to known auction buyers and brokers.
- Personal phone calls to known auction buyers and brokers.
- Pre-auction public inspections of the improved properties.

**Newsprint Advertising:**
- Online and Print Advertisement in local newspapers serving the counties nearby the property.
- Online and Print Advertisement in the Courier Journal Newspaper – Statewide Edition



Exhibit 1

## PROPERTY REVIEW & DUE DILIGENCE

Tranzon Asset Advisors will develop and provide all interested parties with a comprehensive Property Information Package (PIP) for each asset. We give buyers the information they need to be prepared to bid and bid their highest. All of our due diligence materials will be available for download on tranzon.com; any sensitive materials can be protected by a confidentiality and non-disclosure agreement, pre-approved by the seller or its counsel, if necessary.

Our PIPs are an integral component of a successful sale and will include, where available and applicable:

- Detailed Property Descriptions
- Interior/Exterior Photographs
- Assessment Information
- Most Recent Deed of Conveyance
- Most Recent Tax Bill(s)
- Aerial Photography & Video
- Zoning Information
- Flood Map
- Plat/Survey
- Broker Participation Terms & Agreements

- Opportunity Zone Information & Incentive Economic Programs affecting the Property
- Property Condition Report
- Appraisal
- Floor and Design Plans
- Covenants, Conditions & Restrictions
- Condominium Documents, as applicable
1.
- Title Commitment & Supporting Documents – including specimen deed
- Sample Purchase Agreement

## SUPPLEMENTAL PROPERTY PROMOTION



**Signage:** In order to maximize exposure to the local buyer pool, we suggest, if permitted and feasible highly visible signage at the property location. This discussion point can be explored further in our discussions.



Exhibit 1

## MARKETING INVESTMENT & COMMISSION

**Marketing Investment:** The marketing investment covers actual costs and includes the full scope of auction marketing services mentioned in previous pages. The marketing budget will encompass all distinctive advertising design, layout, copywriting, production, third-party market research, and placement of the marketing materials, which is all overseen and actively managed by a professional marketing coordinator that is assigned to each campaign. A detailed, itemized budget will be prepared for seller's review and approval prior to the commencement of the marketing campaign. Our marketing team estimates that in order to optimally promote the property to the buying public the budget will not exceed $7,500. Tranzon would split these costs with the debtor being responsible for one-half and Tranzon paying the other half. Payment would be upon signing of the listing agreement.

**Sale Commissions:** Tranzon Asset Advisors' clients (owners) do not pay commissions upon the sale of auctioned properties. The buyer is responsible for all commissions in the form of a ten percent (10%) Buyer's Premium.

**Carveout:** From the buyer's premium, Tranzon will carve-out three-percent (3%) of the ten percent (10%) premium to be paid to the Estate for the benefit of unsecured creditors. Superior Ag will also direct a three-percent (3%) of the high bid achieved at auction to the Estate for a total of six percent (6%), based on the highest bid achieved as a joint carveout for the Estate.

**Title Examination & Title Commitment:** Upon ratification of the listing agreement, Tranzon will engage a title company or real estate counsel to conduct a title search and have it placed into commitment format. The commitment will be provided, without delay, to the trustee and debtor in order to insure all parties are noticed appropriately for the sale.

Having a title commitment in advance of the sale assures prospective purchasers that they will receive free and clear title at closing, and title insurance will be available to the buyer, should they elect to purchase it.

**Timing:** Our recommendation on the timing of an online auction is to plan on conducting a sale five (5) weeks after the Court Approval and entry of the order of sale. We would plan to begin the marketing campaign right away culminating in an online auction that would have several days of bidding. Closing would be approximately 35-40 days after the close of the auction.

Respectfully submitted - January 23, 2024


Edward D. Durnil, CAI
President | CEO
Tranzon Asset Advisors

**Attachments:**
A. Executive Summary
B. Biography and CV – Edward D. Durnil
C. Tranzon Commercial Auction Sale Brochure



Exhibit 1

# EXECUTIVE SUMMARY

### WHY ENGAGE TRANZON?

- We sell similar real estate assets throughout the U.S. continually, proficiently, and at the highest value.
- Our personalized, asset specific marketing campaigns are designed to market your properties efficiently and cost-effectively to a local, regional, national, and international audience utilizing multiple outlets and platforms.
- High-impact, multi-touch buyer communications in conjunction with systematic client reporting sets Tranzon auctions apart from our competition and makes our sale efforts much more effective than other organizations or traditional brokerage methods.
- Our auctions are handled by licensed Tranzon professionals, not affiliates or loose alliances. Tranzon personnel are extremely well-trained, seasoned brokers and auctioneers, who understand the marketplace and how to maximize the buyers' interest.

### TARGET MARKETING YOU CAN COUNT ON

- Preparation and dissemination of a comprehensive due diligence package for prospective purchasers' review.
- Direct engagement and targeted online marketing to local, regional, and national investors and brokers, as well as our internal database of capable auction purchasers.
- High-exposure, nationwide e-marketing through direct e-mail, social media, and online listing sites.
- Geographically targeted, but limited, use of costly newsprint marketing.

### SUGGESTED AUCTION TIMING & TERMS OF SALE

- The sale should be conducted within five (5) weeks of entry of the Order approving the sale.
- Tranzon will require all bidders to electronically sign and acknowledge the terms and conditions of the sale, provide confirmable proof of identity and capacity to perform prior to being authorized to bid.
- The winning bidder shall tender a non-refundable earnest money deposit of ten percent (10%) of the total sale price by wire transfer or certified funds within 24 hours of the auction conclusion.
- Closing shall occur within 35–40 days of the auction sale.

### AUCTION FIRM COMMISSION

- A ten percent (10%) buyer's premium paid by the buyer shall be considered the only compensation for auction and marketing services rendered.
- Carveout: From the buyer's premium, Tranzon will carve-out three-percent (3%) of the ten percent (10%) premium to be paid to the Estate for the benefit of unsecured creditors. Superior Ag will also direct a three-percent (3%) of the high bid achieved at auction to the Estate for a total of six percent (6%), based on the highest bid achieved as a joint carveout for the Estate.
- From the buyer's premium, at closing, any broker who represents the winning bidder shall receive a broker cooperation fee of two percent (1%) of the high bid price, if applicable. **This is not an additional fee to the seller and is paid by Tranzon.**



Exhibit 1

Exhibit 1



**Edward D. Durnil, CAI, CES, AMM**
President – CEO
Tranzon Asset Advisors
Elizabethtown, Kentucky
edurnil@tranzon.com
O: 270-769-0284
M: 502-741-1331

**Biography**

Mr. Durnil has over 30 years of service to the real estate and accelerated marketing industry since joining the profession in 1989. Ed started in the business immediately after graduating from the University of Kentucky and over the past three decades he has established a reputation in the brokerage and financial community of reasonable fairness and sound business dealings with a vast array of institutional, legal and private clientele. His background in sales, development, commercial tenant/owner relationships and industrial sales have advanced his knowledge and capabilities for clients across the country.

Having conducted over 3,500 real estate auction events with a success ratio of in excess of over 90%, Tranzon Asset Advisors has been a preferred service provider to numerous clients and institutions. These organizations include various United States Bankruptcy Courts, General Electric Business Capital Real Estate, Textron Financial Corp., Zion's First National Bank, CW Capital Asset Management, Busey Bank, US Bank, Branch Banking and Trust (BB&T), Compass Bank, Midland Loan Servicing, US Small Business Administration, FDIC, Centerline Capital, Commercial Development Corp, TIAA Bank, SBACDC/PPL Lenders, numerous Superior and Circuit courts in KY/TN/IN/UT/OH/MI/MS, Chase Bank and numerous other financial, legal and workout firms utilize Tranzon Asset Advisor's services for their real estate disposition, asset evaluation and advisory needs.

Mr. Durnil and Tranzon Asset Advisors has been approved by U.S. Trustee offices to conduct bankruptcy auction events and undertake brokerage activities in the following jurisdictions: Western Dist of KY, Northern Dist of OH, Eastern Dist of KY, Southern Dist of MS, Western Dist of TN, Southern Dist of IL, Dist of CO, Central Dist of CA, Middle Dist of TN, and the 10th Circuit (all bankruptcy courts in the western

Exhibit 1 | www.tranzon.com – 866.243.8243

*United States), he can, if requested, obtain full bonding in any other district or jurisdiction. Further, Mr. Durnil has presented expert testimony and position papers in numerous cases regarding valuation, sale and auction procedures, transactional & financial deception along with land disputes.*

*Mr. Durnil resides in Elizabethtown, KY, just south of Louisville with his wife, Barbara, they have one son, Jordan, who is involved with Tranzon Asset Advisors. Mr. Durnil has a lifelong commitment to helping with the local school and youth athletics and is an avid world traveler. He has been an instructor and panelist for multiple state and national organizations that include Tranzon, LLC, Mortgage Bankers Association, American Bankruptcy Institute, Debt Restructuring Society and numerous Auction associations.*

*In conjunction with his partners Mr. Durnil has carefully created and developed the nation's first truly national auction firm with over 30 offices coast-to-coast that conducts on average over 1,000 auctions per year (26,000+ auctions from 2000 through 2021). Since 2000 Tranzon and its member companies have sold, appraised and analyzed a massive variety of properties whose combined values exceed $80 billion in five countries and fifty states. Tranzon has been built on the confidence of previous clients and complete transparency of transactions with existing sellers and buyers; we look forward to providing you with the superior service and outstanding marketing that have made us the recognized name in accelerated marketing.*

<u>Professional and Community Membership and Leadership Roles:</u>
Tranzon, LLC Management Committee-Board of Directors
Tranzon, LLC Executive Shareholders Board
American Bankruptcy Institute – Real Estate Sales & Asset Sales Committees
Mortgage Bankers Association
Turnaround Management Association
National, Tennessee, Indiana, Ohio and Kentucky Auctioneer's Association
Asian-American Hotel Owners Association
CCIM-Candidate
International Conference on Debt and Insolvency
National Council of Commercial Brokers
Commercial-Industrial Real Estate Foundation
National Trust Officer Association
Rotary International
Wounded Warrior Association, Inc. - KY/IN Region
Editorial Board Member (former) – The News-Enterprise Newspaper, a Landmark Publication

Exhibit 1    www.tranzon.com – 866.243.8243

***A sampling of Real Estate assets that Tranzon Asset Advisors has successfully marketed have included the following assets for sales now exceeding $931,000,000 (1999-2022)***

### Industrial Real Estate
1,004,000 sf former Fruit of the Loom Manufacturing facility, St. Martinsville, LA
278,000 sf former Uniroyal Manufacturing Plant, Pt. Clinton, OH
740,000 sf Logistics and Warehouse Facility, Atlanta, GA
130,500 sf Manufacturing Plant, Cadiz, KY
418,000 sf former IBM Industrial Manufacturing Plant, Denver, CO
68,000 sf Flex and Logistic space, Inland Empire, CA
388,000 sf Logistics Warehouse, Mt. Sterling, KY
58,000 sf Industrial/Flex Space Bldg., Seattle, WA
682,000 sf Manufacturing/Heavy Industrial, Indianapolis, IN

### Office Real Estate
389,000 sf former *Valvoline & Ashland Oil* World Headquarters, Lexington, KY
367,000 sf former *Federal Express* World Operations facility, Memphis, TN
53,000 sf new Office Warehouse Flex Space, Las Vegas, NV
75,000 sf new Office Tower, Bellevue, WA
14 Story-133,000sf *KeyBank* Building, Dayton, OH
100,000 sf Class B Office Space Memphis, TN
93,400 sf vacant Office Building, Southfield, MI

### Retail & Shopping Centers
553,800 sf Regional Shopping Mall, Milwaukee, WI
135,000 sf Towne Mall, Elizabethtown, KY
160,000 sf new Retail Shopping Center, Phoenix, AZ
103,000 sf Shopping Center, Manchester, TN
122,000 sf Retail Center, Warrensville, OH
93,000 sf Retail and Warehouse property, Columbus, OH
151,000 sf Regional Shopping Center, Cincinnati, OH
18 former K-Mart Stores, AR, KY, IL, OH, NC, MS, KS, IA, TX, TN, CA, MO

### Multi-Family Complexes
218 unit Apartment Home Community, Jackson, MS
368 Apartment Home Complexes, Louisville, KY
245 unit Multi-Family Apartment Complex, Charlotte, NC
750 units Multi-Family Apartment Complexes, Nashville & Memphis, TN
200 unit Multi-Family Complex, Indianapolis, IN

Exhibit 1                                    www.tranzon.com – 866.243.8243

**Hospitality & Convenience Stores**

Hotels & Inns in SC, UT, ID, MI, TX, KY, IN, AZ, NV, WA, CA, IL, TN, MO, AR, LA, NY, OH, NC, FL, MS, GA & KS

Over 250 Convenience Stores & Truck Stops in: KY, TN, UT, NV, CA, MO, IN, NE, CO, AZ, TX, AR, OH, MI, LA, MS, AL, GA, NC, IL & US Virgin Islands

Assisted Living and Nursing Homes in KY, TN, NC, GA, UT, FL, NV & GA

**Luxury Residential, Land & Development**

17,900 sf Antebellum Home & Land, Memphis, TN

30,000 sf Historic Manor & JP Morgan Estate, Rhinebeck, NY – The John Astor Estate

14,000 sf Manor House and 48 Acre Equestrian Training Center, Shelbyville, KY

11,000 sf Mountain Residence, Park City, UT

Complete Subdivision & Closeout sales in KY, TN, IL, OH, CO, NV, ID, WA, UT, AZ, and CA

Ocean Front Development, St. Martha's Cay, Bahamas

535 acre Agriculture and Industrial Development Land, Glendale, KY

475 acres Agricultural Land, Sonora, KY

1,100 acre Resort and Spa, Natural Bridge, KY

610 acre Recreational Land, Knox County, KY

Exhibit 1                               www.tranzon.com – 866.243.8243

Exhibit 1





# tranzon®
## A BETTER WAY / TO REAL ESTATE

**SELL YOUR COMMERCIAL PROPERTY**

Exhibit 1

# WHY SELL WITH TRANZON?

**Simply put, we are dedicated to helping you sell your real estate in the shortest possible time, at the highest possible price.**

The traditional way of selling leaves you at the mercy of buyers' schedules and demands. But selling property doesn't have to be a frustrating, drawn-out process. When you partner with Tranzon, the process is as simple as GOING ONCE, GOING TWICE, SOLD!

**Providing an uncompromising level of service and integrity to:**

- Financial institutions
- Bankruptcy practitioners
- Private individuals
- Trusts and guardians
- Estates
- Corporations

## GOING ONCE,

You set the date and terms of your sale.

## GOING TWICE,

We attract interested buyers.

## SOLD!

Your real estate sells for a fair market price.

## BEGIN WITH A PROFESSIONAL CONSULTATION

Your local Tranzon advisor understands the commercial real estate market in your area. We are there to answer your questions at every step and provide you with expert advice. We'll discuss your circumstances and goals, then we'll use our in-depth knowledge of market conditions to determine your ideal auction strategy.

GOING ONCE,

Exhibit 1

# TRANZON'S MARKET-MAKING SYSTEM™

Tranzon's Market-Making System™ is our proven methodology for the accelerated sale of real estate. It's not a one-size-fits-all approach, but rather a strategic process that includes the development of a multifaceted marketing plan, which we execute in the weeks leading up to your auction. With a massive database of potential buyers and inventive techniques for reaching new people, we get your listing in front of eager buyers across the country and create the competitive conditions needed to yield the highest bidding prices.








# GOING TWICE,

Exhibit 1

# THE AUCTION ADVANTAGE

Auctions have long been a go-to sales method for commercial property owners wanting to optimize their return on a timeline they can control. Auctioning offers several benefits over traditional real estate selling methods, including simplicity, control, and competition.



### CLEARLY-DEFINED TIMELINE

Count on 4-6 weeks to auction, with closing approximately 30 days after the sale.



### SOLD AS-IS

All pre-work and property vetting happens upfront and is disclosed before bidding begins.



### BUYERS COMPETE

Pre-qualified buyers drive up the price; demand determines fair market value.

**Sell your property with Tranzon's fast, straightforward auctions tailored to your situation:**

- **Online only**
- **Live on-site**
- **Simultaneous live & online**
- **Sealed bid**

*We can help you choose the best option for your listing!*



Exhibit 1

Exhibit 1

# A BETTER WAY TO REAL ESTATE

Tranzon is dedicated to providing you with a better way to real estate. The Tranzon team includes some of the most highly experienced real estate, marketing, and auction professionals in the country. Our nationwide network combines the benefits of local market knowledge with the resources of a national organization to ensure the success of your sale.

With our custom, hands-on approach to property auctions, you get the Tranzon Advantage.



## RELY ON EXPERTS YOU CAN TRUST

Nationwide company with over 300 years of collective experience

Auction advisors guide you through the process and answer any questions

Personalized customer service from local offices across the country

Tens of thousands of successful auctions



## TO HELP BUYERS FIND YOUR PROPERTY

Professional evaluation leads to a custom sales strategy

Aggressive marketing plan specific to your asset/audience

Advanced online tools and proprietary technology

Target potential buyers on a national scale



## AND SELL IT QUICKLY

Structure the auction to meet your goals

Bidders are pre-qualified and prepared to buy

Transparent competition drives a fair market price

Real estate is sold as-is, without negotiations or slowdowns

Exhibit 1

# HAVE A PROPERTY TO SELL?

## REQUEST A **FREE** PROPERTY EVALUATION TODAY AT **TRANZON.COM.**



Eric Durnil
Tranzon Asset Advisors
edurnil@tranzon.com
866-243-8243

   

Exhibit 1