## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-32460 | Trustee Name: | W. Stephen Reisz (370270) |
|---|---|---|---|
| Case Name: | CENTRAL KENTUCKY GRAIN LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4115 | Account #: | ******3744 Checking |
| For Period Ending: | 05/10/2024 | Blanket Bond (per case limit): | $4,900,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/01/24 | {34} | Cobank, ACB | refund | 1229-000 | 27,571.98 | | 27,571.98 |
| 02/14/24 | {1} | WMB (Wilson & Muir Bank) | Bank account balance | 1129-000 | 107,387.46 | | 134,959.44 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 119.76 | 134,839.68 |
| 03/18/24 | {2} | CoBank, ACB | Cash patronage payment | 1229-000 | 37,715.33 | | 172,555.01 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 228.43 | 172,326.58 |
| 04/30/24 | {37} | Nationwide Mutual Insurance Co | refund of grain dealer and/or warehouseman's bond | 1229-000 | 1,342.00 | | 173,668.58 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 293.80 | 173,374.78 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 174,016.77 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 641.99 |
| | Subtotal | 174,016.77 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 641.99 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 174,016.77 | | | |

Page Subtotals:    $174,016.77    $641.99

Exhibit 2

{ } Asset Reference(s)                                                     ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 23-32460 | **Trustee Name:** | W. Stephen Reisz (370270) |
| **Case Name:** | CENTRAL KENTUCKY GRAIN LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***4115 | **Account #:** | ******3744 Checking |
| **For Period Ending:** | 05/10/2024 | **Blanket Bond (per case limit):** | $4,900,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $174,016.77 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $174,016.77 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3744 Checking | $174,016.77 | $641.99 | $173,374.78 |
| | $174,016.77 | $641.99 | $173,374.78 |

Exhibit 2