UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CENTRAL KENTUCKY GRAIN, LLC ) | CASE NO. 23-32460 |
|     Debtor ) | Chapter 7 |
| _____ ) | |

**ORDER AUTHORIZING SALE BY ABSOLUTE
AUCTION THE REAL PROPERTY, FIXTURES, AND OTHER
IMPROVEMENTS LOCATED AT 101 BOURBON DRIVE, LEBANON,
KENTUCKY FREE OF ALL LIENS, INTERESTS OF LESSORS,
THE RIGHT OF FIRST REFUSAL OF MARION COUNTY INDUSTRIAL
FOUNDATION, INC., AND OTHER ENCUMBRANCES WITH LIENS
AND ENCUMBRANCES ATTACHING TO THE PROCEEDS AND FOR
OTHER RELIEF AS SET FORTH IN THIS MOTION**

UPON the motion of Wm. Stephen Reisz, trustee of the bankruptcy estate of Central Kentucky Grain, LLC ("Trustee") for authority to sell by absolute auction the real property, fixtures, and other improvements, both owned property and leased property, at 101 Bourbon Drive, Lebanon, Kentucky ("<u>Owned & Leased Property</u>") free of all liens, interests of lessors, and other encumbrances and to pay the proceeds to lessors and secured creditors (including real estate tax creditors) in the priority of their lease and secured claims as set out, and under the terms in this motion which include a carveout provided by the auctioneer and the second lienholdeR, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Trustee's motion is granted and he is authorized to sell by absolute auction, in the manner set forth in his motion, the real property, fixtures, and other improvements, both owned property and leased property, at 101 Bourbon Drive, Lebanon, Kentucky ("<u>Owned & Leased Property</u>") free of all liens, interests of lessors, and other encumbrances, including specifically but without limitation the Mortgage and leasehold interest of Farm Credit Leasing Services Corporation, the rights of first refusal of Marion County Industrial Foundation, Inc., the security interest of Superior Ag Resources Cooperative, Inc.

IT IS FURTHER ORDERED that Trustee is authorized to pay the proceeds to lessors and secured creditors (including real estate tax creditors) in the priority of their lease and secured claims as set out, and under the terms in this motion which include a carveout provided by the auctioneer and the second lienholder.

Tendered By:
Wm. Stephen Reisz, trustee
401 W. Main St., Ste 1400
Louisville, KY 40202
(502)584-1000