# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Central Kentucky Grain LLC<br><br>Debtor(s) | Case No.:23−32460−crm<br><br>Chapter: 7<br>Judge: Charles R. Merrill |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion to Sell the real property, fixtures, and other improvements, both owned property and leased property, at 101 Bourbon Drive, Lebanon, Kentucky Free and Clear of Liens Fee Amount $199. Filed by Trustee William Stephen Reisz. Objections due by 05/31/2024. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Exhibit Auction Proposal # 2 Exhibit Trustee's Form 2 # 3 Proposed Order) (Reisz, William)

Dated: 5/13/24

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court