UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CENTRAL KENTUCKY GRAIN, LLC | )  CASE NO. 23-32460 |
|     Debtor | )  Chapter 7 |
| _____ | ) |

**ORDER AUTHORIZING SALE BY
AUCTION THE REAL PROPERTY, FIXTURES, AND OTHER
IMPROVEMENTS LOCATED AT 101 BOURBON DRIVE, LEBANON,
KENTUCKY FREE OF ALL LIENS, INTERESTS OF LESSORS,
THE RIGHT OF FIRST REFUSAL OF MARION COUNTY INDUSTRIAL
FOUNDATION, INC., AND OTHER ENCUMBRANCES WITH LIENS
AND ENCUMBRANCES ATTACHING TO THE PROCEEDS AND FOR
OTHER RELIEF AS SET FORTH IN THIS MOTION**

The Court having heard the motion of Wm. Stephen Reisz, trustee of the bankruptcy estate of Central Kentucky Grain, LLC ("Trustee") for authority to sell by absolute auction the real property, fixtures, and other improvements, both owned property and leased property, at 101 Bourbon Drive, Lebanon, Kentucky ("Owned & Leased Property") free of all liens, interests of lessors, and other encumbrances and to pay the proceeds to lessors and secured creditors (including real estate tax creditors) in the priority of their lease and secured claims as set out, and under the terms in this motion which include a carveout provided by the auctioneer and the second lienholder [DN 34]; and the limited objection of the Marion County Industrial Foundation, Inc. ("MCIF"); and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Trustee's motion is granted, except as modified by this Order, and he is authorized to sell by auction, in the manner set forth in his motion, the real property, fixtures, and other improvements, both owned property and leased property, at 101 Bourbon Drive, Lebanon, Kentucky ("Owned & Leased Property") free of all liens, interests of lessors, and other encumbrances, including specifically but without limitation the Mortgage and leasehold interest of

Farm Credit Leasing Services Corporation, the security interest of Superior Ag Resources Cooperative, Inc.; but subject only to the right of first refusal ("ROFR") of MCIF as provided in this Order.

IT IS FURTHER ORDERED that MCIF may exercise its ROFR only within 2 ½ hours of the last bid on the properties subject to its ROFR; and that if the ROFR is not excerised within that time it shall be void.

IT IS FURTHER ORDERED that if MCIF exercises its ROFR it shall be responsible for the obligations of the high bidder, including timing of the real estate closing and payment of the buyers premium.

IT IS FURTHER ORDERED that except for the MCIF ROFR the auction sale be absolute and free of all liens, interests of lessors, and other encumbrances.

IT IS FURTHER ORDERED that Trustee is authorized to pay the proceeds to lessors and secured creditors (including real estate tax creditors) in the priority of their lease and secured claims as set out, and under the terms in this motion which include a carveout provided by the auctioneer and the second lienholder.

Charles R. Merrill
United States Bankruptcy Judge
Dated: July 23, 2024

Tendered By:
Wm. Stephen Reisz, trustee
401 W. Main St., Ste 1400
Louisville, KY 40202
(502)584-1000

Agreed To:
/s/ James R. Irving
James R. Irving
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Counsel for Superior Ag Resources Cooperative, Inc.

/s/ Stephen Barnes
Stephen Barnes
Walther, Gay & Mack, PLC
163 E. Main Street, Ste 200
PO Box 1598
Lexington, KY 40588-1598
(859) 685-1188
Counsel for Marion County Industrial Foundation

Farm Credit Leasing Services Corporation
By: _____
Its _____


Have Seen – No Objection

/s/ *Dean A. Langdon*
Dean A. Langdon
Heather M. Thacker
DELCOTTO LAW GROUP PLLC
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Counsel for:
Lori Boone
Mark Boone
Boone Farms Trucking, Inc.
Daniel Hamilton