UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CENTRAL KENTUCKY GRAIN, LLC | ) | CASE NO. 23-32460 |
|    Debtor | ) | Chapter 7 |
| _____ | ) | |

## REPORT OF SALE

Wm. Stephen Reisz, trustee of the bankruptcy estate of Central Kentucky Grain, LLC ("Trustee") for his Report of Sale of the real property at 101 Burbon Dr., Lebanon, Ky., states:

On July 23, 2024 this Court authorized Trustee to sell by auction the real property, fixtures and other improvements ("Property") at 101 Bourbon Dr., Lebanon, Ky. [DN 64]. The auction sale was conducted on September 11, 2024. The closing of the auction sale took place on October 11, 2024. The Property was transferred to Kentucky Commodities Services, LLC for $858,000, including the high bid of $780,000 and the buyer's premium of $78,000. A copy of the Settlement Statement and Deed are attached as an Exhibit. The disbursements included:

| | |
|---|---:|
| Farm Credit Leasing Services (lien holder) | $707,663.72 |
| Tranzon Asset Advisors, commission | 54,600.00 |
| Bankruptcy Estate of Cent. Ky. Grain, carveout | 23,400.00 |
| Bankruptcy Estate of Cent. Ky. Grain, 1.78 acres | 53,400.00 |
| Held back to pay §506(c) expenses | 9,269.61 |

Respectfully submitted,

 /s/ Wm. Stephen Reisz
Wm. Stephen Reisz, Trustee
401 W. Main St., Ste. 1400
Louisville, Kentucky 40202
(502) 584-1000

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing was on October 14, 2024 mailed electronically through the US Bankruptcy Court's ECF system at the electronic addresses set forth in the ECF system to all other parties receiving electronic notifications in this case.

                                        <u>/s/ Wm. Stephen Reisz</u>
                                        Wm. Stephen Reisz