## A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

| B. Type of Loan | | | |
|---|---|---|---|
| 1. ☒ FHA  2. ☐ RHS  3. ☐ Conv. Unins<br>4. ☐ VA  5. ☐ Conv. Ins  6. ☐ Commercial | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower:<br>Kentucky Commodities Services, LL<br>38 Ed Cecil Road<br>Raywick, KY 40060 | E. Name & Address of Seller:<br>Central Kentucky Grain, LLC<br>101 Bourbon Drive<br>Lebanon, KY 40033 | F. Name & Address of Lender:<br>WIlson & Muir Bank<br>107 N. Third Street<br>Bardstown, KY 40004 |
|---|---|---|
| G. Property Location:<br>101 Bourbon Drive<br>Lebanon, KY 40033<br><br>Lot:<br><br>Block: | H. Settlement Agent:<br>McCoy & Sparks<br>212 W. Stephen Foster Avenue<br>Bardstown, KY 40004<br><br>Place of Settlement:<br>212 W. Stephen Foster Avenue<br>Bardstown, KY 40004 | TIN: 201412812<br><br>Phone: (502) 348-9972<br><br>I. Settlement Date: 10/11/2024<br><br>Funding Date:  10/11/2024 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | 858,000.00 | 401. Contract sales price | 858,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 7,692.03 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes:          to | | 406. City/town taxes:          to | |
| 107. County taxes:          to | | 407. County taxes:          to | |
| 108. Assessments:          to | | 408. Assessments:          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 865,692.03 | 420. Gross Amount Due To Seller | 858,000.00 |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | 85,800.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 275,000.00 | 502. Settlement charges to seller (line 1400) | 150,336.28 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan<br>            to Farm Credit Leasing | 707,663.72 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes:          to | | 510. City/town taxes:          to | |
| 211. County taxes:          to | | 511. County taxes:          to | |
| 212. Assessments:          to | | 512. Assessments:          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 360,800.00 | 520. Total Reduction Amount Due Seller | 858,000.00 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | 865,692.03 | 601. Gross amount due to seller (line 420) | 858,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 360,800.00 | 602. Less reductions in amount due seller (line 520) | 858,000.00 |
| 303. Cash ☒ From  ☐ To Borrower | 504,892.03 | 603. Cash ☒ To  ☐ From Seller | 0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

© 2009-2024 Easysoft. Previous editions are obsolete.        Page 1 of 3        HUD-1

| L. Settlement Charges | File Number: | Loan Number: | | |
|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| Division of Commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $54,600.00 | to Tranzon Asset Advisors | | | |
| 703. Commission paid at settlement | | | | 54,600.00 |
| 704. 30% of buyer's premium to Wm. Stephen Reisz, Bankruptcy Trustee | | | | 23,400.00 |
| **800. Items Payable In Connection With Loan** | | | | |
| 801. Our origination charge | | $ (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | $ (from GFE #2) | | |
| 803. Your adjusted origination charges Wilson & Muir Bank | | (from GFE A) | 700.00 | |
| 804. Appraisal fee to Wilson Appraisal Group | | (from GFE #3) | 250.00 | |
| 805. Credit report to | | (from GFE #3) | | |
| 806. Tax service to | | (from GFE #3) | | |
| 807. Flood certification to Wilson & Muir Bank | | (from GFE #3) | 19.60 | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | |
| 901. Daily interest charges from 10/11/2024 to 11/1/2024 @ $15.00/day | | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 months to | | (from GFE #3) | | |
| 903. Homeowner's insurance for 0 years to | | (from GFE #11) | | |
| 904. | | | | |
| 905. | | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | | |
| 1002. Homeowner's insurance | months @ | per mo $ | | |
| 1003. Mortgage insurance | months @ | per mo $ | | |
| 1004. Property taxes | months @ | per mo $ | | |
| 1005. | months @ | per mo $ | | |
| 1006. | months @ | per mo $ | | |
| 1007. Aggregate Adjustment | | $0.00 | | |
| **1100. Title Charges** | | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | 3,349.80 | |
| 1102. Settlement or closing fee McCoy & Sparks | | $100.00 | | |
| 1103. Owner's title insurance | | (from GFE #5) | | |
| 1104. Lender's title insurance Boundary Oak Title | | $3,249.80 | | |
| 1105. Lender's title policy limit | $ | | | |
| 1106. Owner's title policy limit | $ | | | |
| 1107. Agent's portion of the total insurance premium | $ | | | |
| 1108. Underwriter's portion of the total insurance premium | $ | | | |
| 1109. title exam fee to McCoy & Sparks | | | 842.50 | |
| 1110. deed prep fee to McCoy & Sparks | | | | 150.00 |
| 1111. | | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Government recording charges Marion County Clerk | | (from GFE #7) | 1,130.00 | |
| 1202. Deed $53.00 | Mortgage $219.00 | Release $ | | |
| 1203. Transfer taxes Marion Country Clerk | | (from GFE #8) | | |
| 1204. City/County tax/stamps: Deed $ | Mortgage $ | | | |
| 1205. State tax/stamps: Deed $ | Mortgage $ | | | |
| 1206. transfer taxes to Marion County Clerk | | $858.00 | | |
| 1207. | | $ | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | | |
| 1302. Preservation of expenses per order Wm. Stephen Reisz | | | | 9,269.61 |
| 1303. sale proceeds for 1.78 acres  Wm. Stephen Reisz, Trustee | | | | 53,400.00 |
| 1304. 2024 real estate taxes to Marion County Sheriff | | | 856.09 | 3,012.15 |
| 1305. 2024 real estates taxes to City of Lebanon | | | 179.04 | 629.95 |
| 1306. mortgage prep fee for 2nd mtg. to McCoy & Sparks | | | 350.00 | |
| 1307. marketing funds & sale bond to Tranzon Asset Advisors | | | | 5,874.57 |
| 1308. postage to USPS | | | 15.00 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | 7,692.03 | 150,336.28 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____        _____
Kentucky Commodities Services, LL        Wm Stephen Reisz, Bankruptcy Trustee
         Buyer/Borrower                Central Kentucky Grain, LLC         Seller

_____        _____
         Buyer/Borrower                                                     Seller

This Settlement Statement which I've prepared is a true and accurate account of this transaction. I've caused or will cause the funds to be disbursed in accordance with this statement.

_____     10/11/2024
McCoy & Sparks
         Settlement Agent              Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine or imprisonment.

© 2009-2024 Easysoft. Previous editions are obsolete.            Page 2 of 3                                        HUD-1

Exhibit

Exhibit

Exhibit

THIS DEED made and entered into this the _11_ day of October, 2024, by and between WM. STEPHEN REISZ, trustee of the bankruptcy estate of Central Kentucky Grain, LLC, case number 23-32460 pending in the U.S. Bankruptcy Court for the Western District of Kentucky, with Post Office Address at 401 W. Main Street, Suite 1400, Louisville, KY 40202, Seller, and

KENTUCKY COMMODITIES SERVICES, LLC, a Kentucky Limited Liability Company, with Post Office Address at 38 Ed Cecil Road, Raywick, KY 40060, Buyer.

WITNESSETH: That for and in consideration of the sum of EIGHT HUNDRED FIFY EIGHT THOUSAND DOLLARS AND 00/100 ($858,000.00), cash in hand paid, (which includes Seventy Eight Thousand Dollars and 00/100 ($78,000.00) Buyer's Premium paid to Durnil Realtors/Auctioneers, Inc., d/b/a Tranzon Asset Advisors) the receipt the receipt of which is hereby acknowledged, the Seller has sold and by these presents hereby sell, transfer and convey unto the Buyer, in fee simple, its successors and assigns forever, the following described real estate, to-wit:

Tract 1:

Being the 5 acre tract as depicted upon the "Amended Final Plat for Marion County Industrial Foundation, Inc., Affecting Lot 1 DB 214 PG 812 Plat Cabinet 2, Slide 231" "Survey Date May 2017" and recorded on June 29, 2017, in Plat Cabinet 4, Slide 826, in the Marion County Clerk's Office.

Being the same property to which Central Kentucky Grain, LLC acquired title by deed from Marion County Industrial Foundation, Inc., dated June 30, 2017, recorded in Deed Book 319, Page 254 in the Marion County Court Clerk's Office. See order authorizing sale by auction the real property, fixtures and other improvements attached hereto.

Tract 2:

Tract 1, consisting of 1.78 acres, more or less, as reflected on Industrial Park Road Tract Division and Roadway Tract Plat dated November 21, 2018, and recorded in Plat Cabinet 4, Slide 882 in the aforesaid Clerk's Office.

Being the same property to which Central Kentucky Grain, LLC acquired title by deed from Marion County Industrial Foundation, Inc., dated February 19, 2020, recorded in Deed Book 334, Page 531 in the Marion County Court Clerk's Office. See order authorizing sale by auction the real property, fixtures and other improvements attached hereto.

Real estate is conveyed subject to all easements, restrictions and legal roads apparent or of record and all applicable zoning regulations.

TO HAVE AND TO HOLD, in fee simple, unto the Buyer, its successors and assigns forever, with Covenant of General Warranty, and Seller covenants with Buyer that he is seized of a good fee simple marketable title to said real estate with full power to convey the title herein granted.

This conveyance is being made pursuant to an Order of the U.S. Bankruptcy Court, a certified copy of which is attached hereto.

IN WITNESS WHEREOF, the Seller has hereto subscribed his name on the day and date first above written, and the parties hereto state the consideration reflected in this deed is the full consideration paid for the property. The Buyer joins this deed for the sole purpose of certifying the consideration pursuant to KRS Chapter 382.

The in care of address for the property tax bill is: 38 Ed Cecil Road, Raywick, KY 40060.

_____
Wm. Stephen Reisz, trustee of the bankruptcy estate of Central Kentucky Grain, LLC – Seller

KENTUCKY COMMODITIES SERVICES, LLC.

_____
By: Mark Boone – Buyer

STATE OF KENTUCKY
COUNTY OF NELSON

Subscribed, acknowledged and sworn to before me by Wm. Stephen Reisz, trustee of the bankruptcy estate of Central Kentucky Grain, LLC, on this 11 day of October, 2024, and that he is known to me, or if not known to me, presented satisfactory evidence to me that he is the individual described in and who executed this document.

_____
NOTARY PUBLIC
Printed Name: Lee Anne Robbins
My Commission Expires: 2/19/27
Notary ID: KYNP64396

STATE OF KENTUCKY
COUNTY OF NELSON

Subscribed, acknowledged and sworn to before me by Mark Boone, Member of Kentucky Commodities Services, LLC, on this 11 day of October, 2024, and that he is known to me, or if not known to me, presented satisfactory evidence to me that he is the individual described in and who executed this document.

_____
NOTARY PUBLIC
Printed Name: Lee Anne Robbins
My Commission Expires: 2/19/27
Notary ID: KYNP64396

This instrument prepared by:
MCCOY & SPARKS
Attorneys-at-Law
212 W. Stephen Foster Ave.
Bardstown, Ky. 40004

By: _____
    Michelle Buckley Sparks