UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                          )
                                                )
CENTRAL KENTUCKY GRAIN, LLC                     )          CASE NO. 23-32460
        Debtor                                  )          Chapter 7
_____       )

**REPORT OF SALE**
**PERSONAL PROPERTY**

 Wm. Stephen Reisz, trustee of the bankruptcy estate of Central Kentucky Grain, LLC  for his Report of Sale of the personal property at 101 Burbon Dr., Lebanon, Ky., states:

 On July 23, 2024 this Court authorized Trustee to sell by auction the real property, fixtures and other improvements at 101 Bourbon Dr., Lebanon, Ky. [DN 64].  The personal property auction sale was conducted on September 11 and 12, 2024.  The total auction high bids for the personal property were $211,750.00 and the buyer's premium was $21,175.00. A schedule of the personal property, high bid, buyer's premium and bidder is attached as Exhibit 1.  The Settlement Statement is attached as Exhibit 2.  And the auctioneer expenses are scheduled on Exhibit 3.

 Respectfully submitted,

 /s/ Wm. Stephen Reisz
Wm. Stephen Reisz, Trustee
401 W. Main St., Ste. 1400
Louisville, Kentucky 40202
(502) 584-1000

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was on October 15, 2024 mailed electronically through the US Bankruptcy Court's ECF system at the electronic addresses set forth in the ECF system to all other parties receiving electronic notifications in this case.

 /s/ Wm. Stephen Reisz
Wm. Stephen Reisz