Exhibit 1

| AuctionEndDateTime | DisplayName | ATLotNumber | High Bid | 10% BP | 6% Sales Tax | 3% CC Fee | Paid | Bidder |
|---|---|---|---|---|---|---|---|---|
| 9/11/2024 12:11 | GRAIN BAGS 13 | 10430 | $ 275.00 | $ 27.50 | $ 18.15 | $9.62 | $ 330.27 | Ben Pruitt |
| 9/11/2024 12:09 | 6 GRAIN BIN JACKS 20 | 10435 | $ 850.00 | $ 85.00 | $ - | | $ 935.00 | Chris Hurst |
| 9/11/2024 12:13 | GRAIN BIN 3000 BUSHEL CAPACITY 11 | 10416 | $ 2,025.00 | $ 202.50 | $ - | | $ 2,227.50 | Chris Hurst |
| 9/11/2024 12:18 | LOT OF ASSORTED LUMBER AND CONDUIT 17 | 10432 | $ 75.00 | $ 7.50 | $ - | | $ 82.50 | Chris Hurst |
| 9/11/2024 10:22 | WESTFIELD MKX130-84 | 10494 | $ 12,900.00 | $ 1,290.00 | $ - | | $ 14,190.00 | Chris Hurst |
| 9/11/2024 10:24 | USC, LLC SERIES 400 CONVEYOR 8 | 10441 | $ 1,925.00 | $ 192.50 | $ - | | $ 2,117.50 | James Cohron |
| 9/11/2024 10:24 | WESTFIELD MKX130-114 | 10497 | $ 21,000.00 | $ 2,100.00 | $ - | | $ 23,100.00 | James Pullen |
| 9/11/2024 12:23 | SET OF 5 BAINTER HYDRAULIC GRAIN BIN JACKS MODEL# 24 | 10447 | $ 3,575.00 | $ 357.50 | $ - | | $ 3,932.50 | Jay Coles |
| 9/12/2024 10:55 | REM VRX | 10498 | $ 5,200.00 | $ 520.00 | $ - | | $ 5,720.00 | Jay Coles |
| 9/11/2024 12:08 | 82,597 BUSHEL CAPACITY GRAIN BIN NEW ( MISSING FL 23 | 10444 | $ 55,300.00 | $ 5,530.00 | $ - | | $ 60,830.00 | John Bryan II |
| 9/11/2024 12:20 | LOT OF RECLAIM AUGERS AND PARTS INCLUDING 5 NEW WE 15 | 10429 | $ 4,925.00 | $ 492.50 | $ - | | $ 5,417.50 | John Bryan II |
| 9/12/2024 10:38 | AKRON EXG300X | 10460 | $ 22,000.00 | $ 2,200.00 | $ - | | $ 24,200.00 | Justin Dammann |
| 9/12/2024 10:34 | LOFTNESS GBL10 | 10506 | $ 18,200.00 | $ 1,820.00 | $ - | | $ 20,020.00 | Justin Dammann |
| 9/12/2024 10:21 | WESTFIELD MKX100-73 | 10487 | $ 4,400.00 | $ 440.00 | $ - | | $ 4,840.00 | Lucas Stevens |
| 9/11/2024 12:10 | GAC 2500-UGMA GRAIN MOISTURE ANALYZER 22 | 10394 | $ 3,825.00 | $ 382.50 | 252.45 | | $ 4,459.95 | Mark Boone |
| 9/11/2024 12:12 | GRAIN BIN 3000 BUSHEL CAPACITY 10 | 10437 | $ 1,175.00 | $ 117.50 | 77.55 | | $ 1,370.05 | Mark Boone |
| 9/11/2024 12:14 | JOB BOX WITH FUEL CANS 21 | 10436 | $ 300.00 | $ 30.00 | 19.80 | | $ 349.80 | Mark Boone |
| 9/11/2024 12:16 | LOT OF ASSORTED GRAIN BIN PANELS AND PARTS 25 | 10445 | $ 1,250.00 | $ 125.00 | 82.50 | | $ 1,457.50 | Mark Boone |
| 9/11/2024 12:17 | LOT OF ASSORTED GRAIN BIN PARTS, INCLUDING COMPLET 19 | 10337 | $ 6,075.00 | $ 607.50 | 400.95 | | $ 7,083.45 | Mark Boone |
| 9/11/2024 12:19 | LOT OF ASSORTED SHEET METAL, STEEL PIPE, SQUARE TU 18 | 10433 | $ 550.00 | $ 55.00 | 36.30 | | $ 641.30 | Mark Boone |
| 9/11/2024 12:22 | QUONSET HUT BUILDING ( UNKNOW SIZE) AND FENCING 14 | 10425 | $ 5,025.00 | $ 502.50 | 331.65 | | $ 5,859.15 | Mark Boone |
| 9/11/2024 12:15 | LARGE LOT OF ASSORTED LEG AUGERS AND PARTS 16 | 10431 | $ 850.00 | $ 85.00 | 56.10 | | $ 991.10 | Mark Boone |
| 9/12/2024 13:59 | INTERNATIONAL 1466 | 10424 | $ 8,400.00 | $ 840.00 | 554.40 | | $ 9,794.40 | Mark Boone |
| 9/11/2024 12:21 | METRA GRAIN CLEANER 12 | 10419 | $ 22,550.00 | $ 2,255.00 | $ - | | $ 24,805.00 | Miles Perry |
| 9/12/2024 10:51 | FARM KING Y482 | 10438 | $ 9,100.00 | $ 910.00 | $ - | | $ 10,010.00 | Travis Fritz |
| Totals | | | $ 211,750.00 | $ 21,175.00 | $ 1,829.85 | $ 9.62 | $ 234,764.47 | |

Exhibit 1

Exhibit 1