# SETTLEMENT STATEMENT

**Central Kentucky Grain**     TAA2409B          Closing Date 9/30/2024
101 Bourbon Drive
Lebanon, Kentucky

| | Total Sale Price | High Bid Price | Total (10%) Buyer's Premium | TAA Expense Remb. | 30% Rebate to Estate | 70% TAA Fee |
|---|---|---|---|---|---|---|
| **Personal Property** | $ 232,925.00 | $ 211,750.00 | $ 21,175.00 | $ 17,549.31 | $ 6,352.50 | $ 14,822.50 |

Auction Date 9/11/2024

Stephen Reisz received Expense Report

| | | |
|---|---|---|
| Tranzon | $ | 14,822.50 |
| Wm. Stephen Reisz, Panel Trustee | $ | 17,549.31 |
| Wm. Stephen Reisz, Panel Trustee | $ | 200,553.19 |

NOTE: The $17,549.31 expense/advertising costs related to the sale of the personal property for Central Kentucky Grain will be held in escrow by Wm. Stephen Reisz, Panel Trustee pending the ruling of the U.S. Bankruptcy Court of a certain application/motion to approve the payment of these sale invoices.

Client's Signature _____ /s/ Wm. Stephen Reisz _____
Wm. Stephen Reisz, Panel Trustee

Auctioneer's Signature _____ /s/ Edward Durnil _____
Edward Durnil

Exhibit 2

Exhibit 2