## Lebanon KY CKG PersonalProperty

## Income and Expense Detailed Report from 05/01/2024 to 10/02/2024

| Income | Amount |
|---|---|
| | $0.00 |
| | $0.00 |
| **Total Income:** | **$0.00** |

| Expenses | Amount |
|---|---|
| **Administrative Costs** | |
| **Administrative Costs** | |
| 09/11/2024 | |
| Admin Cost - for the Equipment Sale - Web postings, invoicing and etc. | $640.00 |
| **Sub total for Administrative Costs:** | $640.00 |
| **Total Administrative Costs:** | **$640.00** |
| **Advertising Expenses** | |
| **Advertising Expenses** | |
| 09/11/2024 | |
| Tractor House Magazine - print ad for Equipment | $369.00 |
| 09/11/2024 | |
| FarmWorld & My Little Salesman email blasts | $1,300.00 |
| 09/11/2024 | |
| Lebanon Enterprise - print ad | $255.00 |
| 09/11/2024 | |
| The Danville Advocate Messenger - print ad | $915.00 |
| 09/11/2024 | |
| Google - digital advertising for Equipment Sale | $500.00 |
| 09/11/2024 | |
| Blue River Digital - Equipment Sale - Social Media, Google ads, Facebook post, print ad designs, video creation and etc. | $800.00 |
| 09/11/2024 | |
| Louisville Courier Journal - print ad | $1,096.25 |
| 09/11/2024 | |
| The Bardstown Kentucky Standard - print ads | $368.22 |
| 09/11/2024 | |
| Combo Ad - Local Lebanon KY - Equipment Sale | $350.00 |
| 09/11/2024 | |
| Facebook - digital advertising for Equipment | $500.00 |
| 09/11/2024 | |
| Farmworld - print ads for Equipment | $370.00 |
| **Sub total for Advertising Expenses:** | $6,823.47 |
| **Total Advertising Expenses:** | **$6,823.47** |

Account owner: Tammy Greenwell                    Printed on Wednesday, October 2, 2024

## Lebanon KY CKG PersonalProperty

## Income and Expense Detailed Report from 05/01/2024 to 10/02/2024

| Expenses | Amount |
|---|---|
| **Auction Staffing** | |
| **Staffing** | |
| 09/11/2024 | |
| Auction Lotting & Auction Pick Up | $3,419.46 |
| **Sub total for Staffing:** | $3,419.46 |
| **Total Auction Staffing:** | **$3,419.46** |
| **Auctioneer Fee** | |
| **Auctioneer Fee** | |
| 09/11/2024 | |
| AuctionTime - auction fee | $6,252.98 |
| **Sub total for Auctioneer Fee:** | $6,252.98 |
| **Total Auctioneer Fee:** | **$6,252.98** |
| **Miscellaneous Expenses** | |
| **Miscellaneous** | |
| 09/11/2024 | |
| J & T Equipment - Skid Steer rental | $413.40 |
| **Sub total for Miscellaneous:** | $413.40 |
| **Total Miscellaneous Expenses:** | **$413.40** |
| **Total Expenses:** | **$17,549.31** |
| | |
| **Total Net Income:** | **($17,549.31)** |

Account owner: Tammy Greenwell

Printed on Wednesday, October 2, 2024