# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Central Kentucky Grain LLC<br><br>Debtor(s) | Case No.:23−32460−crm<br><br>Chapter: 7<br>Judge: Charles R. Merrill |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court REMANDING Evidentiary Hearing scheduled for April 17, 2025 and scheduling a status conference regarding Motion for Relief from Stay regarding certain Debtors accounts Filed by Creditor Superior Ag Resource Cooperative, Inc. 82 , so ORDERED by /s/ Judge Merrill. Status hearing to be held on 6/24/2025 at 11:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. (AMG)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 4/9/25

By: AMG  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court