## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Central Kentucky Grain LLC<br><br>Debtor(s) | Case No.:23−32460−crm<br><br>Chapter: 7<br>Judge: Charles R. Merrill |

## NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court REMANDING Evidentiary Hearing scheduled for April 17, 2025 and scheduling a status conference regarding Motion for Relief from Stay regarding certain Debtors accounts Filed by Creditor Superior Ag Resource Cooperative, Inc. 82 , so ORDERED by /s/ Judge Merrill. Status hearing to be held on 6/24/2025 at 11:00 AM (Eastern Time) at Courtroom #3, 5th Fl. (6th St. Elevators), 601 West Broadway, Louisville, KY 40202. (AMG)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 4/9/25

By: AMG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

| | |
|---|---|
| In re: | Case No. 23-32460-crm |
| Central Kentucky Grain LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0644-3 | User: KYWBECFAd | Page 1 of 2 |
| Date Rcvd: Apr 09, 2025 | Form ID: 266 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Central Kentucky Grain LLC, PO Box 420, Huntingburg, IN 47542-0420 |
| cr | + | Marion County Industrial Foundation, Inc, 223 North Spalding Ave, Ste. 300, Lebanon, KY 40033-1586 |
| cr | + | Superior Ag Resource Cooperative, Inc., 901 N. Main Street, Huntingburg, IN 47542-1079 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Ann Brown | on behalf of Creditor Superior Ag Resource Cooperative  Inc. ashley.brown@dentons.com |
| Dean A. Langdon | on behalf of Interested Party Boone Farms Trucking dlangdon@dlgfirm.com dlgecf@dlgfirm.com;dlgecfs@gmail.com;langdondr64283@notify.bestcase.com |
| Heather Michelle Thacker | on behalf of Interested Party Boone Farms Trucking hthacker@dlgfirm.com ThackerHR64283@notify.bestcase.com;dlgecf@dlgfirm.com;dlgecfs@gmail.com |
| James R. Irving | on behalf of Creditor Superior Ag Resource Cooperative  Inc. james.irving@dentons.com, gina.young@dentons.com;jirving@bgdlegal.com;samantha.hayes@dentons.com;jacob.margolies@dentons.com;tiffany.babcock@dentons.com |

District/off: 0644-3 | User: KYWBECFAd | Page 2 of 2
Date Rcvd: Apr 09, 2025 | Form ID: 266 | Total Noticed: 3

| | |
|---|---|
| Jamie Lynn Harris | on behalf of US Trustee U.S. Trustee Jamie.L.Harris@usdoj.gov |
| Tim Ruppel | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com |
| U.S. Trustee | ustpregion08.lo.ecf@usdoj.gov |
| William Stephen Reisz | wsreisz@hotmail.com KY01@ecfcbis.com;stevereisz@gmail.com |
| William Stephen Reisz | on behalf of Trustee William Stephen Reisz wsreisz@hotmail.com stevereisz@gmail.com |

TOTAL: 9